1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| PAUL SALCICCIA | Civil Action No. 1:04-CV-6547 OWW TAG |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until May 28, 2005, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, November 15, 2004, shall proceed under the time limit guidelines set therein.

/ /
/ /
/ /
/ /
/ /
/ /
/ /

Dated:  April 28, 2005           /s/ Gina Fazio

                                 GINA FAZIO,
                                 Attorney for Plaintiff.

Dated: May 3, 2005

                                 MCGREGOR SCOTT
                                 United States Attorney

                                 By: /s/ Kristi C. Kapetan
                                 (as authorized via facsimile)
                                 KRISTI C. KAPETAN
                                 Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   May 12, 2005**            **/s/ Theresa A. Goldner**
j6eb3d                               UNITED STATES MAGISTRATE JUDGE