1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SALCICCIA ) | |
| ) | Civil Action No. 1:04-CV-6547 OWW TAG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between the parties as follows:  that appellant be granted a 30 day extension of time, until June 27, 2005, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, November 15, 2004, shall proceed under the time limit guidelines set therein.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Dated: May 31, 2005 | /s/ Gina Fazio

2 | | GINA FAZIO,
| | Attorney for Plaintiff.

3 | Dated: May 31, 2005

4 | | MCGREGOR SCOTT
| | United States Attorney

5

6 | | By: /s/ Kristi C. Kapetan
| | (as authorized via facsimile)
| | KRISTI C. KAPETAN

7 | | Assistant U.S. Attorney

8 | IT IS SO ORDERED.

9 | **Dated:   June 1, 2005**         **/s/ Theresa A. Goldner**
10 | j6eb3d                             UNITED STATES MAGISTRATE JUDGE