1   Gina Fazio, Esq. #225178
    Law Offices of Jeffrey Milam
2   P.O. Box 26360
    Fresno, California 93729
3   (559) 264-2800

4   Attorney for Plaintiff

5

6

7               IN THE UNITED STATES DISTRICT COURT FOR

8                  THE EASTERN DISTRICT OF CALIFORNIA

9                              AT FRESNO

10  PAUL SALCICCIA           )
                             )   Civil Action No. 1:04-CV-6547 OWW TAG
11                           )
            Plaintiff,       )   STIPULATION AND ORDER
12                           )
    vs.                      )
13                           )
    JO ANNE B. BARNHART,     )
14  Commissioner of Social   )
    Security,                )
15                           )
            Defendant.       )
16  _____)

17

18       IT IS HEREBY STIPULATED by and between the parties as follows: that

19  appellant be granted a 30 day extension of time, until September 29, 2005, in which to file

20  and serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed,

21  November 15, 2004, shall proceed under the time limit guidelines set therein.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1   Dated:  August 30, 2005           /s/ Gina Fazio

2                                      GINA FAZIO,

3                                      Attorney for Plaintiff.

    Dated: August 30, 2005

4                                      MCGREGOR SCOTT

5                                      United States Attorney

6                                      By: /s/ Kristi C. Kapetan

7                                      (as authorized via facsimile)
                                      KRISTI C. KAPETAN
                                      Assistant U.S. Attorney

8

9   IT IS SO ORDERED.

10  **Dated:   September 1, 2005**           **/s/ Theresa A. Goldner**
     j6eb3d                      UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28