1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| PAUL SALCICCIA, | ) | |
|---|---|---|
| | ) | Civil Action No. 1:04-CV-6547 OWW TAG |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 10 day extension of time, until October 10, 2005, in which to file and serve Plaintiff's Opening brief. Counsel requests this additional extension due to her large case volume. All remaining actions under the scheduling order filed, November 15, 2004, shall proceed under the time limit guidelines set therein.

/ / /

/ / /

/ / /

/ / /

/ / /

1
2  Dated: September 29, 2005                /s/ Gina Fazio
3                                           GINA FAZIO,
                                            Attorney for Plaintiff.
4  Dated: _____
5                                           MCGREGOR SCOTT
                                            United States Attorney
6                                           By: /s/ Kristi C. Kapetan
                                            (as authorized via facsimile)
7                                           KRISTI C. KAPETAN
                                            Assistant U.S. Attorney
8
   IT IS SO ORDERED.
9
   **Dated:   September 30, 2005**              **/s/ Theresa A. Goldner**
10 j6eb3d                                    UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28