# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SALCICCIA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | CASE NO. 1:04-cv-06547 OWW TAG<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT (Doc. 22)<br><br>ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR DEFENDANT JO ANNE B. BARNHART AND AGAINST PLAINTIFF PAUL SALCICCIA |

      Plaintiff Paul Salciccia ("plaintiff"), through counsel, filed a complaint seeking judicial review of an administrative decision denying his claim for supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. § 1381 et seq. (Doc. 1). The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

      On September 5, 2006, the Magistrate Judge filed a report and recommendation which was served on the parties and contained notice that any objections to the report and recommendation were to be filed within thirty (30) days of the date of service. (Doc. 22). The parties have not filed any objections.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a <u>de novo</u> review of the case. Having carefully reviewed the entire file, the Court finds the report and recommendation filed on September 5, 2006, to be supported by the record and by the Magistrate Judge's analysis.

///

///

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The report and recommendation, filed September 5, 2006 (Doc. 22), is ADOPTED IN
3       FULL; and

4    2. The Plaintiff's social security complaint is DENIED; and

5    3. The Clerk of Court is DIRECTED to enter judgment for Defendant Jo Anne B. Barnhart
        and against Plaintiff Paul Salciccia, and to close this action.IT IS SO ORDERED.

**Dated:**   **January 18, 2007**              /s/ Oliver W. Wanger
emm0d6                                         UNITED STATES DISTRICT JUDGE